HENRY M. HUBSHMAN and Another, Copartners, etc., Appellants, v. NATHAN L. DOBLIN and Another, Respondents.— Order so far as appealed from reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Dowling, Merrell, McAvoy, Martin and Burr, JJ.

ST. MARY'S RUSSIAN ORTHODOX BROTHERHOOD, Appellant, v. CRISTIAN REALTY Co., INC., and Another, Defendants, Impleaded with NICK AVRAM and Others, Respondents.— Orders affirmed, with ten dollars costs and. disbursements, with leave to. the plaintiff to serve an amended complaint within twenty days from service of order, upon payment of said costs. No opinion. Present — Dowling, Merrell, McAvoy, Martin and Burr, JJ.

SAMUEL DROSCHNICOP, Respondent, v. SINDACATO ORIENTALE DI COMMERCIO and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Merrell, McAvoy, Martin and Burr, JJ.

WILLIAM F. CHASE, Respondent, v. THE CORN EXCHANGE BANK, Appellant.— Order affirmed, with ten dollars costs and disbursements. The amended complaint to be served within three days from date of entry of order. No opinion. Present Dowling, Merrell, McAvoy, Martin and Burr, JJ.

HENRY G. HEINE, as Sole Executor, etc., Appellant, v. LEWIS B. AUSTIN, Individually and as Trustee, etc., and Others, Respondents.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure the record on appeal and appellant's points to be filed with notice of argument on or before May 1, 1925. Present — Dowling, Merrell, McAvoy, Martin and Burr, JJ.

HERBERT S. MIDDLEMISS, Appellant, v. BEDRICH STEPANEK, Respondent.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, Merrell, McAvoy, Martin and Burr, JJ.

NATHAN ROLNICK, Appellant, v. BORDEN'S FARM PRODUCTS Co., INC., and Others, Respondents.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure the record on appeal and appellant's points to be filed on or before March 20, 1925. Present — Dowling, Merrell, McAvoy, Martin and Burr, JJ.

LOUIS MEISELMAN, Respondent, v. LEO BEILINSON and Others, Appellants.— Motion to dismiss appeal granted, with ten dollars costs, unless appellants procure record on appeal and appellants' points to be filed with notice of argument on or before May 1, 1925. Present — Dowling, Merrell, McAvoy, Martin and Burr, JJ.

SAMUEL MAKRANSKY, Respondent, v. LEWARE REALTY CORPORATION, Appellant.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure appellant's points to be filed on or before March 20, 1925. Present — Dowling, Merrell, McAvoy, Martin and Burr, JJ.

THERON B. HERMES, Respondent, v. WESTCHESTER RACING ASSOCIATION, Defendant, Impleaded with JOHN SANFORD, Appellant.— Motion to dismiss appeal denied, with ten dollars costs. Present — Dowling, Merrell, McAvoy, Martin and Burr, JJ.

ST. MARY'S RUSSIAN ORTHODOX BROTHERHOOD, Appellant, v. CRISTIAN REALTY Co., INC., and Another, Defendants, Impleaded with NICK AVRAM and Others, Respondents.— Motion to dismiss appeal denied, with ten dollars costs. Present — Dowling, Merrell, McAvoy, Martin and Burr, JJ.

ADOLPH SHAPIRO, Respondent, v. HENRY LOWENTHAL, Appellant.— Motion to

dismiss appeal granted, with ten dollars costs. Present — Dowling, Merrell, McAvoy, Martin and Burr, JJ.

THE CITY OF NEW YORK, Respondent, v. CHARLES SCHLESSINGER and Others, Defendants, Impleaded with WILLIAM J. HORNE, Appellant.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, Merrell, McAvoy, Martin and Burr, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN DOE COLBY and Others, Appellants.— Motion to dismiss appeal granted. Present — Dowling, Merrell, McAvoy, Martin and Burr, JJ.

CHARLOTTE H. ROSE and Another, Appellants, v. BRITELITE REALTY CO., INC., Respondent, Impleaded with Others.— Application denied, with ten dollars costs, and stay vacated. Order signed. Present — Dowling, Merrell, McAvoy, Martin and Burr, JJ.

ELIZABETH GLENNON, Respondent, v. CHILDS COMPANY, Appellant.— Application denied, with ten dollars costs and stay vacated. Order signed. Present — Dowling, Merrell, McAvoy, Martin and Burr, JJ.

EDWARD D. FARRELL, JR., as Substituted Trustee, etc., Respondent, v. HUYLER's, a Corporation, Appellant.— Application granted. Order signed. Present — Dowling, Merrell, McAvoy, Martin and Burr, JJ.

FIREMAN's FUND INSURANCE COMPANY, Appellant, v. WALFORD FORWARDING CORPORATION, Respondent.— Application denied, with ten dollars costs. Order signed. Present — Dowling, Merrell, McAvoy, Martin and Burr, JJ.

IRWIN SMITH, Respondent, v. F. J. LOW CO., INC., Appellant.— Application denied, with ten dollars costs. Order signed. Present — Dowling, Merrell, McAvoy, Martin and Burr, JJ.

WILLIAM HOBBY, Respondent, v. HARRIS B. BECHER, Appellant.— Motion denied, with ten dollars costs. Present — Dowling, Merrell, McAvoy, Martin and Burr, JJ.

CLASSIC THEATRE CORPORATION, Appellant, v. NATHAN L. AMSTER, Respondent, Impleaded, etc.— Motion denied, with ten dollars costs. Present — Dowling, Merrell, McAvoy, Martin and Burr, JJ.

THE TRAVELERS INSURANCE COMPANY, Appellant, v. PEET & POWERS, Respondent.— Motion denied, with ten dollars costs. Present — Dowling, Merrell, McAvoy, Martin and Burr, JJ.

In the Matter of STEPHEN HOWLAND BROWN, Deceased.— Motion granted. Present — Dowling, Merrell, McAvoy, Martin and Burr, JJ.

CHARLES LANG, Respondent, v. EDWARD AUKSCHUN, Appellant.— Motion denied, with ten dollars costs. Present — Dowling, Merrell, McAvoy, Martin and Burr, JJ.

SAMUEL WEINSTEIN, Respondent, v. JOB E. HEDGES, as Receiver, etc., Appellant, Impleaded, etc.— Motion denied, with ten dollars costs. Present — Dowling, Merrell, McAvoy, Martin and Burr, JJ.

SAMUEL WEINSTEIN, Respondent, v. JOB E. HEDGES, as Receiver, etc., Appellant, Impleaded, etc.— Motion denied, with ten dollars costs. Present — Dowling, Merrell, McAvoy, Martin and Burr, JJ.

CHARLES HARDY & RUPERTI, INC., Respondent, v. NEUSS HESSLEIN COMPANY, Appellant.— Motion denied, with ten dollars costs. Present — Dowling, Merrell, McAvoy, Martin and Burr, JJ.